

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00846-CV

ANNA AMBOREE, Appellant

V.

MICHELLE BONTON, ELLIS BONTON, ELLIS INDUSTRIES, INC., THE EDUCATION VALET, INC., SONIA JORDAN, DANIELLE HARRISON AND DECOUNDER THOMPSON, Appellees

Appeal from the 157th District Court of Harris County.   (Tr. Ct. No. 2012-55684).

**TO THE 157TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 20th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court September 16, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment purportedly rendered in favor of the appellees, Michelle Bonton, Ellis Bonton, Ellis Industries, Inc., the Education Valet, Inc., Sonia Jordan, Danielle Harrison, and Decounder Thompson, on the appellant's, Anna Amboree's, claim for violation of the Texas Open Meetings Act and her request for a judgment declaring that the appellees violated the Act and the termination of her employment is "void."   Accordingly, the Court **reverses** this portion of the trial court's judgment and **remands** the case to

the trial court for further proceedings consistent with its opinion.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court **orders** that the appellant, Anna Amboree, pay one half of the appellate costs. The Court orders that the appellees, Michelle Bonton, Ellis Bonton, Ellis Industries, Inc., the Education Valet, Inc., Sonia Jordan, Danielle Harrison, and Decounder Thompson, jointly and severally, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 20, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 30, 2015

Date

_____

CHRISTOPHER A. PRINE
CLERK OF THE COURT

